**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CULLEN McMANUS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOSTON UNIVERSITY DERMATOLOGY, INC., BOSTON UNIVERSITY, BOSTON MEDICAL CENTER, and RHODA ALANI,<br><br>　　　　　Defendants. | **CIVIL ACTION NO: 1:15-CV-10099-LTS** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Trustees of Boston University (identified in the caption as "Boston University") states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TRUSTEES OF BOSTON UNIVERSITY,
　　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　　/s/ Lisa A. Tenerowicz
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lisa A. Tenerowicz (BBO # 654188)
　　　　　　　　　　　　　　　　　~~latenero@bu.edu~~
　　　　　　　　　　　　　　　　　　Boston University
　　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　　125 Bay State Road
　　　　　　　　　　　　　　　　　　Boston, MA 02215
　　　　　　　　　　　　　　　　　　(617) 353-2326

Dated: February 4, 2015

## **CERTIFICATE OF SERVICE**

  I, Lisa A. Tenerowicz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2015.

            /s/ Lisa A. Tenerowicz
            _____
            Lisa A. Tenerowicz