**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CULLEN McMANUS,<br>       Plaintiff,<br><br>v.<br><br>BOSTON UNIVERSITY DERMATOLOGY, INC.,<br>BOSTON UNIVERSITY,<br>BOSTON MEDICAL CENTER, and<br>RHODA ALANI<br>       Defendants. | Civil Action No. 1:15-cv-10099-LTS |

**JOINT PROPOSED SCHEDULE FOR MEDIATION**

Plaintiff, Cullen McManus ("Plaintiff") and Defendants Boston Medical Center Corporation, Boston University Dermatology, Inc., Trustees of Boston University, and Dr. Rhoda Alani (collectively "the Parties"), through undersigned counsel, submit the following joint proposed mediation schedule, per the Court's March 31, 2015 Order, and respectfully ask that the court schedule mediation on one of the following dates:

1)   Tuesday, April 28, 2015; or

2)   Wednesday, April 29, 2015; or

3)   Monday, May 4, 2015.

Respectfully submitted:

| | |
|---|---|
| CULLEN McMANUS<br>By his attorney,<br><br>_/s/Jill Havens_____<br>Jill E. Havens, BBO #676117<br>Law Office of Jill Havens<br>11 Green Street<br>Jamaica Plain, MA  02130<br>Phone: (617) 870-3737<br>Fax: (617) 224-9529 | BOSTON UNIVERSITY DERMATOLOGY, INC., BOSTON MEDICAL CENTER CORPORATION, and RHODA ALANI<br>By their attorneys<br><br>_/s/Matthew D. Freeman_____<br>Matthew D. Freeman, BBO #664355<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, Massachusetts  02116<br>(617) 367-0025<br>freemanm@jacksonlewis.com<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br>By its attorney,<br><br>_/s/Lisa A. Tenerowicz_____<br>Lisa A. Tenerowicz (BBO # 654188)<br>latenero@bu.edu<br>Boston University<br>Office of the General Counsel<br>125 Bay State Road<br>Boston, MA 02215<br>(617) 353-2326 |

Dated:   April; 6, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, a copy of the foregoing document was electronically filed with the U.S. District Court for the District of Massachusetts through its Electronic Case Filing System.

/s/Jill Havens_____
The Law Office of Jill Havens